

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2022

No. 04-22-00368-CV

**IN RE L.A.S., A CHILD**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019EM500341
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's brief was originally due on October 13, 2022. However, appellant has filed an unopposed motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **November 28, 2022**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court